In the Matter of the Petition of JOHN W. RUEF, Respondent, for Probate of the Will of GEORGE A. WILLIAMS, Deceased.

GEORGE C. WILLIAMS, Appellant; J. HOWARD ASHFIELD, as Committee of the Person and Property of EDWARD A. WILLIAMS, an Incompetent Person, et al., Respondents.

*Matter of Ruef*, 180 App. Div. 203, affirmed.

(Argued March 4, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1917, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of George A. Williams, deceased. Objections were filed by George C. Williams, a son of the testator, on the ground that the will was not duly executed; that at the time of the alleged execution the testator was without testamentary capacity; and that the paper had been fraudulently obtained by undue influence practiced upon the testator by his daughter, Laura A. Buchanan.

*Henry F. Cochrane* for appellant.

*James M. Gray*, special guardian for incompetent.

*Wallace Mac Farlane* and *Paul E. Mead* for proponent, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, McLAUGHLIN and CRANE, JJ. Not voting: HOGAN, J.